IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| HUBERT GLENN SEXTON and GENE STANLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | NO. 1:16-cv-00071 ) ) |
| CHERRY LINDAMOOD, et al., | JUDGE CAMPBELL ) MAGISTRATE JUDGE FRENSLEY ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 51), which was filed on February 7, 2019. Through the Report and Recommendation, the Magistrate Judge recommends Defendants' Motion for Summary Judgment (Doc. No. 48) be granted and this action be dismissed with prejudice. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 48) is **GRANTED,** and this action is **DISMISSED** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE